JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELVIRA QUINTANILLA CEBREROS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; JOSEPH CRONIN; BETSY MAGDALENO; ADRIAN SALGADO; BRIAN KIM; and DOES 4 through 25, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-09267-RGK-KS<br><br>Honorable R. Gary Klausner<br><br>[~~PROPOSED~~] ORDER ON STIPULATION RE DISMISSAL "WITHOUT" PREJUDICE |

On August 10, 2021, Plaintiff Maria Elvira Quintanilla Cebreros and Defendants County of Los Angeles, Joseph Cronin, Betsy Magdaleno, Adrian Salgado, and Brian Kim (collectively, the "Parties"), by and through their counsel of record, filed a Stipulation Re Dismissal "Without" Prejudice.

The Court, having reviewed the Parties' Stipulation Re Dismissal "Without" Prejudice, and finding good cause, orders as follows:

- The entire action is dismissed without prejudice;

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- The Court will retain jurisdiction over this matter until February 28, 2022 or until such time that the Parties can file a stipulation for a dismissal of the entire action with prejudice.

**IT IS SO ORDERED.**

Dated: August 12 , 2021      _____
 Honorable R. Gary Klausner
 United States District Judge