closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELVIRA QUINTANILLA CEBREROS, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; JOSEPH CRONIN; MICHELLE DURAZO; and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-09267-RGK-KS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On the basis of the Parties' Stipulation for Order Dismissing Case with Prejudice, it is hereby ordered that this action be dismissed, with prejudice, in its entirety.

IT IS SO ORDERED.

DATED: 7/20/2022

*/s/ Gary Klausner*
Honorable R. Gary Klausner
United States District Court